USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/8/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

L.R., et al.,

                Plaintiffs,

   –v–

NYC Department of Education, et al.,

                Defendants.

19-cv-0577 (AJN)

ORDER

---

ALISON J. NATHAN, District Judge:

    In light of the revised scheduling order granting an extension of time to complete discovery, Dkt. No. 51, the Court sets a post-discovery conference in this matter for May 13, 2022 at 3:45 p.m.

SO ORDERED.

Dated: November 8, 2021
       New York, New York

                                            ALISON J. NATHAN
                                            United States District Judge