

**T**HE **C**ITY OF **N**EW **Y**ORK
# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**HON. SYLVIA O. HINDS-RADIX**
*Corporation Counsel*

**SHARON SPRAYREGEN**
phone: (212) 356-0873
email: ssprayre@law.nyc.gov
(not for service)

May 10, 2022

**BY ECF**
Lorna G. Schofield
United States District Judge
Southern District of New York
500 Pearl St
New York, New York  10007

> Application GRANTED.  The conference scheduled for May 13, 2022, is adjourned sine die.  By June 8, 2022, the parties shall file a letter either proposing a  briefing schedule for the attorneys' fees motion or other next steps.
>
> Dated:   May 11, 2022
>              New York, New York
>
> LORNA G. SCHOFIELD
> UNITED STATES DISTRICT JUDGE

Re:  L.R. obo J.Q. v. N.Y. City Dep't of Educ., *et al*.
       19 CV 577 (LGS) (GWG)

Dear Judge Schofield,

   I am an Assistant Corporation Counsel in the Office of the Corporation Counsel of the City of New York, counsel for Defendants in the above action.  I write jointly with Plaintiffs' counsel to request that the post-discovery conference scheduled by the Honorable Alison J. Nathan for May 13, 2022 at 3:45 pm be adjourned *sine die* or until a date after June 7, 2022.  The parties have reached an agreement on all issues with the exception of attorney's fees, and, on April 29, 2022, the Honorable Gabriel W. Gorenstein stayed discovery until June 7, 2022 so that the parties could complete the settlement.  ECF No. 54.  The parties still expect to complete the settlement by June 7, 2022. This is the first request to adjourn the post-discovery conference (though the parties had previously requested one extension of discovery (ECF No. 50)).

   Thank you for consideration of this request.

              Respectfully,

              /s/

              Sharon Sprayregen
              Assistant Corporation Counsel

cc:   All counsel of record (by ECF)