UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
L.R., et al.,
                               Plaintiff,

                       19 Civ. 577 (LGS)

            -against-

                       ORDER

NEW YORK CITY DEPARTMENT OF
EDUCATION, et al.,
                             Defendants.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, the Court's June 13, 2022, Order required the parties to file a status letter by June 15, 2022;

      WHEREAS, the parties failed to submit the letter. It is hereby

      **ORDERED** that the parties shall file the joint status letter by **June 28, 2022**.

Dated: June 24, 2022
       New York, New York

*[Signature]*
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE